**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYZE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | 26 Civ. 8463 |

# ~~[PROPOSED]~~ PRELIMINARY INJUNCTION ORDER

**THIS MATTER** comes before the Court on the application of Plaintiff RYZE, INC., brought by way of Order to Show Cause, ECF No. 21, for entry of a Preliminary Injunction (the "Application") against the Defendants identified on the Schedule A to the ~~[Proposed]~~ Preliminary Injunction Order attached hereto[1] (collectively, "Defendants") and using at least the domain names or online marketplace accounts identified on the Schedule A (collectively, the "Defendant User Accounts")~~; and.~~

**THIS COURT** ~~having~~ has reviewed the papers in support of the Application,~~; and the Court having found that Plaintiff meets the criteria for entry of preliminary injunctive relief; and~~ including the Complaint and exhibits thereto, and the Declarations of Tola Seak, ECF No. 10, Yingchun Hou, ECF Nos. 9, 18, and Martin Yi, ECF No. 8. The Court held an Order to Show

[1] Schedule A attached to Plaintiff's Complaint identified 83 Defendants. *See* ECF No. 24. Plaintiff subsequently moved to dismiss nine Defendants. *See* ECF Nos. 32 (Defendant Nos. 12, 31, 49, 81); 35 (Defendant Nos. 51, 69, 77, 82); 36 (Defendant No. 76). Those Defendants are hereby dismissed. Schedule A attached to this Order covers the remaining 74 Defendants.

Cause hearing on November 18, 2026. *See* Nov. 18, 2026 Minute Entry. No Defendants appeared.

## FACTUAL FINDINGS & CONCLUSIONS OF LAW

1. Plaintiff has shown "a likelihood of success on the merits," *see N. Am. Soccer League, LLC v. United States Soccer Fed'n, Inc.*, 883 F.3d 32, 37 (2d Cir. 2018), on its copyright infringement and trademark infringement and counterfeiting claims.
    a. Plaintiff "is the owner of federally registered copyrights," including "U.S. Copyright Office Registration Nos. VA 2-412-266, VA 2-412-277, and VA 2-412-368" (the "RYZE Copyrights"), and a "federally registered trademark," which is "covered by U.S. Trademark Registration No. 7,408,961" (the "RYZE Trademark," and together with the Ryze Copyrights, the "RYZE Intellectual Property"). Seak Decl. ¶ 5, Exs. 1-2.
    b. Plaintiff develops, markets, and sells products using the RYZE Intellectual Property.
    c. Defendants make, use, distribute, reproduce, offer for sale, sell, and/or import into the United States for subsequent sale or use products bearing, using, or otherwise infringing the RYZE Intellectual Property.
    d. An ordinary observer would be deceived into thinking that the products sold by Defendants are the same as Plaintiff's products or would be confused by Defendants' use of the RYZE Intellectual Property.
    e. Defendants are not licensed or authorized to use the RYZE Intellectual Property and none of the Defendants is an authorized retailer of genuine RYZE products.
2. Plaintiff will sustain "irreparable harm," *N. Am. Soccer League,* 883 F.3d at 37, in the absence of a preliminary injunction.
    a. Defendants' continued and unauthorized use of the RYZE Intellectual Property

irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales.

b. Monetary damages fail to address such damage and, therefore, Plaintiff has no adequate remedy at law.

3. "[A] preliminary injunction is in the public interest," *N. Am. Soccer League,* 883 F.3d at 37, because it will enjoin Defendants from engaging in what is infringing and unlawful activity under both federal and state law.

4. Plaintiff has "adequately establish[ed] that there is at least a reasonable probability of ultimate success upon the question of [personal] jurisdiction when the action is tried on the merits," *Visual Scis., Inc. v. Integrated Commc'ns Inc.*, 660 F.2d 56, 59 (2d Cir. 1981) (internal quotation marks omitted), pursuant to C.P.L.R. § 302(a)(1).

a. Plaintiff alleges that Defendants "regularly conduct, transact, and/or solicit business in New York" and "derive substantial revenue from business transactions in New York." Compl. ¶ 14. Plaintiff further provides "screenshots showing that each Defendant Internet Store would accept an order for shipment to this District." Seak Decl. ¶¶ 16-17 & Ex. 3; *cf. Lucky Egg Ltd. v. Individuals Identified on Schedule A*, No. 26 Civ. 3985 (PKC), 2026 WL 2907668, at *1 (S.D.N.Y. Sept. 28, 2026) (declining to enter default judgment in materially similar case absent evidence that each defendant "accepted payment for the allegedly counterfeit products and . . . agreed to ship them to New York") (quoting *Off-White LLC v. A&S Store*, No. 22 Civ. 2869 (PAE), 2026 WL 2731545, at *5 (S.D.N.Y. Sept. 16, 2026)); *see also Moose Toys Ltd. v. Baby&Mommy K-ingdom Toy Store*, No. 21 Civ. 2370 (GBD), 2025 WL 3204418, at *6 (S.D.N.Y. Nov. 13, 2025).

5. Accordingly, the injunctive relief initially granted in the Temporary Restraining Order ("TRO") on October 22, 2026, ECF No. 21, should remain in place through the pendency of this litigation.

~~"This Court further finds that it has personal jurisdiction over the Defendants because the Defendants directly target their business activities toward consumers in the United States, including New York, by selling and shipping products into this Judicial District. Specifically, Defendants are reaching out to do business with New York residents by operating one or more commercial, interactive internet stores through which New York residents can purchase counterfeit" versions of Plaintiff's products (the "Counterfeit Products") bearing, using, or otherwise infringing upon Plaintiff's copyrights, which are covered by U.S. Copyright Office Registration Nos. VA 2-412-266, VA 2-412-277, and VA 2-412-368 (the "RYZE Copyrights"); and Plaintiff's trademark, which is covered by U.S. Trademark Registration No. 7,408,961 (the "RYZE Trademark", collectively with the RYZE Copyrights, the "RYZE Intellectual Property").~~

~~**THIS COURT** having determined that the evidence submitted in support of the Application establishes Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted including for example the following:~~

~~1. Through the Declarations of Tola Seak and Martin Yi and accompanying evidence, Plaintiff has proven a prima facie case of copyright infringement and trademark infringement and counterfeiting as follows: (1) Plaintiff holds all right, title, and interest in and to the RYZE Intellectual Property, which are registered with the U.S. Copyright Office and the U.S. Patent and Trademark Office; (2) Plaintiff develops, markets, and sells products using the RYZE Intellectual Property; (3) Defendants make, use, distribute, reproduce, offer for sale, sell, and/or import into~~

~~the United States for subsequent sale or use products bearing, using, or otherwise infringing the RYZE Intellectual Property; (4) an ordinary observer would be deceived into thinking that the Counterfeit Products are the same as Plaintiff's RYZE products or would be confused by Defendants' use of the RYZE Intellectual Property; and (5) Defendants are not licensed or authorized to use the RYZE Intellectual Property and none of the Defendants is an authorized retailer of genuine RYZE products;~~

~~"2. Defendants' continued and unauthorized use of the RYZE Intellectual Property irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales;~~

~~3. Monetary damages fail to address such damage and, therefore, Plaintiff has no adequate remedy at law; and~~

~~4. The public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.~~

~~**THIS COURT** having determined, therefore, that the injunctive relief initially granted in the Temporary Restraining Order ("TRO") on October 22, 2026, [Dkt. No. 21] should remain in" "place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65;"~~

**ORDER**

**NOW THEREFORE**, on this 19th day of November, 2026, this Court ORDERS that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

a. Using the RYZE Intellectual Property or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any Counterfeit Products;

b. Passing off, inducing, or enabling others to sell or pass off any product as a genuine RYZE product that is not, in fact, a genuine RYZE product and/or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the RYZE Intellectual Property;

c. Committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. Further infringing the RYZE Intellectual Property and damaging Plaintiff's goodwill; and

e. Shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear, use, or otherwise infringe the RYZE Intellectual Property or any reproductions, counterfeit copies, or colorable imitations thereof.

2. Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address, (b) all websites and online marketplace accounts on any platform that they own and/or operate, (c) their financial accounts, and (d) the steps taken by each Defendant to comply with paragraph 1, a through e, above.

3. Within five (5) days of receipt of this Order, eBay, Shein, and any other online marketplace

platform or service provider hosting or servicing a Defendant User Account who or which receives actual notice of this Order and acts in active concert or participation with a Defendant shall disable and cease providing services for any Defendant User Accounts through which Defendants are currently engaged in the sale of counterfeit and infringing goods using the RYZE Intellectual Property.

4. Defendants and any third party with actual notice of this Order and in active concert or participation with a Defendant who is providing services for any of the Defendants, or in connection with any Defendant User Account, including, without limitation, any online marketplace platforms such as eBay and Shein, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including AliPay, AllPay/GoAllPay, Bank of China, Coinbase, LianLian, OFX, Paxful, Payoneer, PayPal, PingPong, Stripe, Wish, and World First, third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control containing or relating to the following:

   a. The identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in concert or participation with them, including all known contact information;

   b. The nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Defendant User Accounts, and Defendants' financial accounts, as well as providing a full

accounting of Defendants' sales and listing history related to their respective Defendant User Accounts;

c. Defendant User Accounts or any domain name registered by Defendants;

d. Any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, AliPay, AllPay/GoAllPay, Bank of China, LianLian, OFX, Payoneer, PayPal, PingPong, Stripe, Wish, World First, eBay, and Shein, or other merchant account providers, payment providers, third party processors, and credit card associations (*e.g.*, MasterCard and VISA).

5. Defendants and any persons in active concert or participation with them who have actual notice of this Order are temporarily restrained and enjoined from transferring or disposing of any money or other of such Defendants' assets.

6. Plaintiff may provide notice of this Order to Defendants by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an email to all email addresses identified by Plaintiff and any email addresses provided for Defendants by third parties that include a link to said website. The combination of providing notice via electronic publication and email, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of this Order and afford them the opportunity to present their objections.

a. For the avoidance of doubt, paragraph 6 of this Order does not authorize alternative service of the Summons and Complaint for the purposes of Federal Rule of Civil Procedure 4. As directed at the Order to Show Cause hearing on November 18, 2026, Plaintiff shall file any motion for alternative service by **December 16, 2026.**

7. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.

8. The five thousand dollar ($5,000.00) bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Dated: November 19, 2026

Time: 4:53 p.m.

Jennifer H. Rearden

Honorable Jennifer H. Rearden
United States District Judge

## SCHEDULE A TO PRELIMINARY INJUNCTION ORDER

| DOE No. | Seller name | Seller URL |
|---|---|---|
| 1 | abba5695 | https://www.ebay.com/usr/abba5695?_tab=about |
| 2 | All automotive parts1 (fqmf8632) | https://www.ebay.com/str/allautomotiveparts1 |
| 3 | anyat26526 | https://www.ebay.com/usr/anyat26526 |
| 4 | Bcuelov Natural-1 (khhfui3687) | https://www.ebay.com/str/3xiny |
| 5 | conghuabing012 | https://www.ebay.com/usr/conghuabing012 |
| 6 | delycomure58145 | https://www.ebay.com/usr/delycomure58145 |
| 7 | diydollhouse | https://www.ebay.com/str/diydollhouse |
| 8 | dream_w | https://www.ebay.com/usr/dream_w?_tab=about |
| 9 | faba-6176 | https://www.ebay.com/usr/faba-6176?_tab=about |
| 10 | faesal_0 | https://www.ebay.com/usr/faesal_0?_tab=about |
| 11 | fah9116 | https://www.ebay.com/usr/fah9116 |
| [redacted] | | |
| 13 | flatfish_826 | https://www.ebay.com/str/flatfish826 |
| 14 | havenstore-9 | https://www.ebay.com/usr/havenstore-9?_tab=about |
| 15 | hdlsdje | https://www.ebay.com/str/hdlsdje |
| 16 | holtyw19 | https://www.ebay.com/usr/holtyw19?_tab=about |
| 17 | iloveyours | https://www.ebay.com/usr/iloveyours |
| 18 | kwtshdggogo | https://www.ebay.com/usr/kwtshdggogo |
| 19 | ledmatchless | https://www.ebay.com/str/ledmatchless |
| 20 | lyallpur_cart | https://www.ebay.com/usr/lyallpur_cart?_tab=about |
| 21 | mas196840 | https://www.ebay.com/usr/mas196840 |
| 22 | near-home | https://www.ebay.com/str/nearhome |
| 23 | newstar-case | https://www.ebay.com/usr/newstar-case |
| 24 | nexivemart | https://www.ebay.com/usr/nexivemart?_tab=about |
| 25 | octopus_392 | https://www.ebay.com/str/octopus392 |
| 26 | runomdfi | https://www.ebay.com/usr/runomdfi |
| 27 | shei_6098 | https://www.ebay.com/str/shei6098?_tab=about |
| 28 | suntopstore | https://www.ebay.com/usr/suntopstore?_tab=about |
| 29 | supplier-luo | https://www.ebay.com/str/supplier-luo |
| 30 | valeria_itanly | https://www.ebay.com/usr/valeria_itanly |
| [redacted] | | |
| 32 | wangy_4122 | https://www.ebay.com/usr/wangy_4122 |
| 33 | WellDose Market (shayhass) | https://www.ebay.com/str/welldosemarket |
| 34 | WellnessCove (heavy_equipment_001) | https://www.ebay.com/str/wellnesscove |
| 35 | WellSync Market (kwrj5529) | https://www.ebay.com/str/kwrj5529 |

| | | |
|---|---|---|
| 36 | yanir_50 | https://www.ebay.com/usr/yanir_50?_tab=about |
| 37 | Ycswra (juwei005) | https://www.ebay.com/str/juwei005 |
| 38 | yuefahuhulian-1 | https://www.ebay.com/str/yuefahuhulian1 |
| 39 | zaigham_5 | https://www.ebay.com/usr/zaigham_5?_tab=about |
| 40 | 44102 | https://us.shein.com/store/home?store_code=9798863315 |
| 41 | 6sYCSKi1. | https://us.shein.com/store/home?store_code=5731915951 |
| 42 | Abronikeyhealth U.S | https://us.shein.com/store/home?store_code=8442950959 |
| 43 | Bio Harmony | https://us.shein.com/store/home?store_code=3906932597 |
| 44 | BJFHYDGF | https://us.shein.com/store/home?store_code=9674744943 |
| 45 | bobo66 | https://us.shein.com/store/home?store_code=1085023621 |
| 46 | chenliang11 | https://us.shein.com/store/home?store_code=5049540620 |
| 47 | Chishuol | https://us.shein.com/store/home?store_code=4858710244 |
| 48 | Comunvitam Healthy | https://us.shein.com/store/home?store_code=4214744999 |
| [redacted] | | |
| 50 | Garcia Mads | https://us.shein.com/store/home?store_code=1651542151 |
| [redacted] | | |
| 52 | GREENORIX NATURALS U.S.A | https://us.shein.com/store/home?store_code=7767082014 |
| 53 | GreenRoot Nutraceuticals GreenRoot1 | https://us.shein.com/store/home?store_code=8033855209 |
| 54 | GUJI NOVA | https://us.shein.com/store/home?store_code=5492458157 |
| 55 | Health Collection | https://us.shein.com/store/home?store_code=3415360359 |
| 56 | Health Supplement Markets | https://us.shein.com/store/home?store_code=8235623541 |
| 57 | HER FANTASY | https://us.shein.com/store/home?store_code=5693899401 |
| 58 | Hong NJ | https://us.shein.com/store/home?store_code=4674548683 |
| 59 | JINPING | https://us.shein.com/store/home?store_code=6675252969 |
| 60 | LENSARA | https://us.shein.com/store/home?store_code=3695993407 |
| 61 | MonhollenLiriano | https://us.shein.com/store/home?store_code=6051755666 |
| 62 | Mount Everest Himalayas | https://us.shein.com/store/home?store_code=3746399476 |
| 63 | NUTRIGLOW COLLECTIVE | https://us.shein.com/store/home?store_code=7436695306 |
| 64 | NutriGlow Hub | https://us.shein.com/store/home?store_code=2752376381 |
| 65 | Ocean Lune. | https://us.shein.com/store/home?store_code=5309666107 |
| 66 | Olive Shore. | https://us.shein.com/store/home?store_code=2708710989 |
| 67 | OmniBloom | https://us.shein.com/store/home?store_code=1663269905 |
| 68 | OPTILIFE HEALTH U.S | https://us.shein.com/store/home?store_code=5964716200 |
| [redacted] | | |
| 70 | PureFlex | https://us.shein.com/store/home?store_code=5643277769 |
| 71 | RUIWEIER HEALTH | https://us.shein.com/store/home?store_code=4659500261 |
| 72 | SPRING YU CHUN | https://us.shein.com/store/home?store_code=1463897854 |
| 73 | SSSHEALTH S | https://us.shein.com/store/home?store_code=4804785616 |
| 74 | STYLEHAVEN E | https://us.shein.com/store/home?store_code=5679847283 |
| 75 | Sunrise Soil Artisan Café | https://us.shein.com/store/home?store_code=3274723561 |

[redacted]

| | | |
|---|---|---|
| [redacted] | | |
| 78 | Torich | https://us.shein.com/store/home?store_code=2914937774 |
| 79 | VITA WELLNESS | https://us.shein.com/store/home?store_code=4298915121 |
| 80 | viuy health (viuy shop) | https://us.shein.com/store/home?store_code=8809613937 |
| [redacted] | | |
| 83 | WonderStore | https://us.shein.com/store/home?store_code=3569601673 |